UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PAUL EDWARD WHITE,

    Petitioner,

    Case No. 1:18-cv-384

v.

    Honorable Paul L. Maloney

GREGORY SKIPPER,

    Respondent.

_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: April 27, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge