UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PAUL EDWARD WHITE,

        Petitioner,

        Case No. 1:18-cv-384

v.

        Honorable Paul L. Maloney

GREGORY SKIPPER,

        Respondent.

_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:   April 27, 2018                     /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge